**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

**CARLOS RUBEN RUIZ ORTIZ**  Case No. **19-04967-BKT**

Chapter 13  Attorney Name: **ROBERTO FIGUEROA CARRASQUILLO***

| | | | |
|---|---|---|---|
| **I. Appearances** | | | |
| Debtor | [X] Present | [ ] Absent | |
| Joint Debtor | [ ] Present | [ ] Absent | |
| Attorney for Debtor | [X] Present | [ ] Absent | |
| [ ] Prose | | | |
| [ ] Appearing: | | | |

Date & Time: 10/2/2019 11:04:00AM
[X] R  [ ] NR  LV: 0.00
[X] This is debtor(s) 3 Bankruptcy filing.
Creditors:

AELA - by Rosario Vidal Arbona, Esq
First Bank by Ms. Norma Melchor

**II. Oath Administered**
[X] Yes     [ ] No

**III. Plan**

Date: 08/30/2019   Base: $16,200.00   Payments 1 made out of 1 due.

Confirmation Hearing Date: 11/1/2019 2:30:00PM

Evidence of Pmt shown:

**Attorney's fees as per R. 2016(b)**
  $4,000.00 - $132.00 = $3,868.00

**IV. Status of Meeting**

[X] Closed     [ ] Not Held     [ ] Held/Continued
[ ] Held/Not Closed

[ ] Continued

Continued Date:
Comments:

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to: [ ] Appear: [ ] Commence payments
[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):
[ ] MTD Already filed, see Docket:
[ ] Other:

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

CARLOS RUBEN RUIZ ORTIZ    Case No.   19-04967-BKT

Chapter 13    Attorney Name:   ROBERTO FIGUEROA CARRASQUILLO*

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility<br>[ ] Insufficiently funded<br>[ ] Unfair discrimination<br>[ ] Fails disposable income<br>[ ] Fails liquidation value test<br>[ ] Insuarence quote | [ ] No provision for secured creditor(s)<br><br>[ ] Tax returns missing<br>  [ ] State  -  years<br><br>[ ] Federal  -  years |

Pending/Items/ Documents:

| | |
|---|---|
| [ ] DSO Recipient's Information<br><br>[ ] Evidence of being current with DSO<br><br>[ ] Evidence of income | [ ] Monthly reports for the months<br><br>[ ] Public Liability Insurance<br>  [ ] Premises<br>  [ ] Vehicle(s):<br>  [ ] Licenses issued by: |

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**

**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

**CARLOS RUBEN RUIZ ORTIZ**　　　　　　　　　　Case No.　**19-04967-BKT**

　　　　　　　　　　　　　　　　**Chapter 13**　　Attorney Name:　**ROBERTO FIGUEROA CARRASQUILLO***

**Trustee's objection to confirmation**

[ ] Objection to Confirmation
[ ] Oral objection by creditor

**1. FAILS DISPOSABLE INCOME TEST, §1325(b)(1)(B):**
a. Debtor is asked to provide maturity date of World Financial water filter contract.
b. Plan does not comply with unsecured pool of $11,382.60 since only distribute $8,661.11 to non-priority unsecured creditors.
c. Per pay-stubs submitted by the debtor it seems that on January 2019 he received $10,287.56 as an additional income described as "Ajuste Salarios".
d. Amend schedule B to disclose cause of action against PR Government. He avers that the same is stayed by PROMESA

**2. DOMESTIC SUPPORT OBLIGATION, (Post-petition §1325(a)(8)):**
--Debtor has 1 DSO account(s): $440.00 monthly. Per Bankruptcy Code, as of the confirmation hearing date, he must file evidence with the court of being current in the DSO payments that became due post-petition.

--DSO recipient Ivette De Leon Corra ( 2 minors aged 18 and 23) 440.00

Note: Pay-stub deduction of $440.00 described as "Penali" is the DSO deduction.

**3. OTHER:**
a. Schedule A/B does not disclose clothes.
b. Trustee objects pro-rata treatment to unsecured creditors since there is an unsecured pool of $11,382.60 that needs to be disclosed in the part that reads "The Sum of $_____".
c. Insurance for vehicle is due Nov 27 2019. FB avers that it appears that vehicle is insured until November. Schedule J does not disclose amount to be dedicated.
d. Debtor avers that payment was sent this week penidng to receive.
The following party(ies) object(s) confirmation:

s/Pedro R Medina　　　　　　　　　　　　　　　　　　　　　　　　Date:　10/02/2019

**Trustee/Presiding Officer**　　　　　　　　　　　　　　　　　　　　　　　　(Rev. 05/13)