IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | BKRTCY. NO. 19-04967 BKT |
| RUIZ ORTIZ, CARLOS RUBEN | * | CHAPTER 13 |
| xxx-xx-6326 | * | |
| DEBTOR | | |

**DEBTOR'S NOTICE OF FILING OF *AMENDED SCHEDULE "J"*
OFFICIAL FORM 106J**

TO THE HONORABLE COURT:

COMES NOW, **CARLOS RUBEN RUIZ ORTIZ**, the Debtor in the above captioned case, through the undersigned attorney and very respectfully states and prays as follows:

1. The Debtor is hereby submitting ***Amended Schedule "J"***, dated October 29, 2018, herewith and attached to this motion.

2. The amended Schedule "J" is filed to include a $74.83 expense for a vehicle insurance, in the above captioned case.

**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 1009(b)**

**Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

Page -2-
Notice of Amended Schedule "J"
Case no. 19-04967 BKT13

## CERTIFICATE OF SERVICE

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, the US Trustee's Office, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular US mail to the debtor and to all creditors and interested parties appearing in the master address list (CM/ECF non-participants), hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 29th day of October, 2019.

/s/Roberto Figueroa Carrasquillo
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR the DEBTOR
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfc@rfigueroalaw.com

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | CARLOS RUBEN RUIZ ORTIZ |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO, SAN JUAN DIVISION |
| Case number (If known) | |

Check if this is:

■ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. Does Debtor 2 live in a separate household?
        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**    ☐ No

    Do not list Debtor 1 and Debtor 2.    ■ Yes. Fill out this information for each dependent............

    Do not state the dependents names.

    | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
    |---|---|---|
    | Daughter | 17 | ■ No ☐ Yes |
    | Daughter | 20 | ■ No ☐ Yes |
    | Son | 15 | ☐ No ■ Yes |
    | Son | 13 | ☐ No ■ Yes |
    | SPOUSE | 34 | ☐ No ■ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No    ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.     4. $    250.00

    If not included in line 4:

    | | | |
    |---|---|---|
    | 4a. | Real estate taxes | 4a. $ 0.00 |
    | 4b. | Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
    | 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 30.00 |
    | 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |

5. **Additional mortgage payments for your residence,** such as home equity loans    5. $    0.00

Debtor 1 RUIZ ORTIZ, CARLOS RUBEN          Case number (if known) _____

6. **Utilities:**
   - 6a. Electricity, heat, natural gas — 6a. $ 120.90
   - 6b. Water, sewer, garbage collection — 6b. $ 100.00
   - 6c. Telephone, cell phone, Internet, satellite, and cable services — 6c. $ 470.00
   - 6d. Other. Specify: **Gas (stove & dryer)** — 6d. $ 66.67
7. **Food and housekeeping supplies** — 7. $ 605.18
8. **Childcare and children's education costs** — 8. $ 197.00
9. **Clothing, laundry, and dry cleaning** — 9. $ 90.00
10. **Personal care products and services** — 10. $ 135.00
11. **Medical and dental expenses** — 11. $ 172.00
12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. — 12. $ 390.00
13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. $ 120.00
14. **Charitable contributions and religious donations** — 14. $ 0.00
15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance — 15a. $ 0.00
    - 15b. Health insurance — 15b. $ 0.00
    - 15c. Vehicle insurance — 15c. $ 74.83
    - 15d. Other insurance. Specify: _____ — 15d. $ 0.00
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ — 16. $ 0.00
17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1 — 17a. $ 515.00
    - 17b. Car payments for Vehicle 2 — 17b. $ 0.00
    - 17c. Other. Specify: **Home Water Filter System** — 17c. $ 125.00
    - 17d. Other. Specify: _____ — 17d. $ 0.00
18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** — 18. $ 0.00
19. **Other payments you make to support others who do not live with you.** Specify: _____ — 19. $ 0.00
20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***
    - 20a. Mortgages on other property — 20a. $ 0.00
    - 20b. Real estate taxes — 20b. $ 0.00
    - 20c. Property, homeowner's, or renter's insurance — 20c. $ 0.00
    - 20d. Maintenance, repair, and upkeep expenses — 20d. $ 0.00
    - 20e. Homeowner's association or condominium dues — 20e. $ 0.00
21. **Other:** Specify: _____ — 21. +$ 0.00

22. **Calculate your monthly expenses**
    - 22a. Add lines 4 through 21. — $ 3,461.58
    - 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 — $ _____
    - 22c. Add line 22a and 22b. The result is your monthly expenses. — $ 3,461.58

23. **Calculate your monthly net income.**
    - 23a. Copy line 12 *(your combined monthly income)* from Schedule I. — 23a. $ 3,731.58
    - 23b. Copy your monthly expenses from line 22c above. — 23b. -$ 3,461.58
    - 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* — 23c. $ 270.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    - ■ No.
    - ☐ Yes.   Explain here:

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **CARLOS** | **RUBEN** | **RUIZ ORTIZ** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO, SAN JUAN DIVISION | | |
| Case number (if known) | | | |

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ CARLOS RUBEN RUIZ ORTIZ                          X _____
**CARLOS RUBEN RUIZ ORTIZ**                               Signature of Debtor 2
Signature of Debtor 1

Date **October 29, 2019**                                Date _____

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 19-04967-BKT13<br>District of Puerto Rico<br>Old San Juan<br>Tue Oct 29 11:09:35 AST 2019 | AEELA<br>PO BOX 364508<br>SAN JUAN, PR 00936-4508 | FIRSTBANK PR<br>PO BOX 9146<br>SAN JUAN, PR 00908-0146 |
| US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | COOPERATIVA A/CLAS PIEDRAS<br>APARTADO 414<br>LAS PIEDRAS PR 00771-0414 | Citi<br>PO Box 6190<br>Sioux Falls, SD 57117-6190 |
| Claro<br>PO Box 360998<br>San Juan, PR 00936-0998 | Coop A/C Las Piedras<br>Apartado 100<br>Las Piedras, PR 00771-0100 | Departamento de Hacienda<br>PO Box 9024140<br>San Juan, PR 00902-4140 |
| FIRST BANK<br>CONSUMER SERVICE CENTER<br>BANKRUPTCY DIVISION -CODE 248<br>PO BOX 9146, SAN JUAN PR 00908-0146 | PayPal Credit CVSC/SYNCB<br>PO Box 960080<br>Orlando, FL 32896-0080 | Pentagon Federal Cr Un<br>1001 N Fairfax St<br>Alexandria, VA 22314-1797 |
| Pentagon Federal Cr Un<br>PO Box 1432<br>Alexandria, VA 22313-1432 | SBA US Small Business Administration<br>PO Box 3918<br>Portland, OR 97208-3918 | Syncb/netwrk<br>C/o<br>PO Box 965036<br>Orlando, FL 32896-5036 |
| Syncb/ppmc<br>PO Box 965005<br>Orlando, FL 32896-5005 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | T Mobile/T-Mobile USA Inc<br>by American InfoSource as agent<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 |
| (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | World Financial Corporation<br>PO Box 364027<br>San Juan, PR 00936-4027 | ALEJANDRO OLIVERAS RIVERA<br>ALEJANDRO OLIVERAS CHAPTER 13 TRUS<br>PO BOX 9024062<br>SAN JUAN, PR 00902-4062 |
| CARLOS RUBEN RUIZ ORTIZ<br>BRISAS EMAJAGUAS<br>33 FLAMBOYAN ST<br>MAUNABO, PR 00707-3803 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 | ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS, PR 00726-0186 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

T-Mobile
12920 SE 38th St # Stre
Bellevue, WA 98006-1350

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)AEELA<br>PO Box 364508<br>San Juan, PR 00936-4508 | End of Label Matrix<br>Mailable recipients   23<br>Bypassed recipients   1<br>Total   24 |