IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

CARLOS RUBEN RUIZ ORTIZ

DEBTOR

CASE NO. 19-04967/EAG

CHAPTER 13

**DEBTOR'S NOTICE OF FILING OF _AMENDED SCHEDULES "I" and "J"_ _OFFICIAL FORMS 106I & 106J_**

**TO THE HONORABLE COURT:**

**COMES NOW, CARLOS RUBEN RUIZ ORTIZ,** the Debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. The Debtor is hereby submitting **Amended Schedule "I" and "J"**, dated November 27, 2023, herewith and attached to this motion.

2. The amended Schedules "I" and "J" is filed **to inform the Debtor's actual income and expenses, in the above captioned case.**

NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 1009(B)

**Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

## CERTIFICATE OF SEVICE

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using CM/ECF system which will send notice of same to the Chapter 13 Trustee, the US Trustee's Office, and to all CM/ECF participants; I also certify that a copy of this notice was sent via regular US mail to the Debtor and to all creditors and interested parties appearing in the master address list (CM/ECF non-participants), hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 27th day of November, 2023.

/s/*Roberto Figueroa Carrasquillo*
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR THE DEBTOR
PO BOX 186 CAGUAS PR 00726
TEL. NO. 787- 744-7699/787-963-7699
EMAIL: rfc@rfigueroalaw.com

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | CARLOS RUBEN RUIZ ORTIZ |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (If known) | |

Check if this is:
☒ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____ MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income    12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | Agent | |
| Employer's name | Policia de Puerto Rico | |
| Employer's address | PO Box 70166<br>San Juan, PR 00936-4166 | |
| How long employed there? | 35 years | |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 4,296.92 | $ N/A |
| 3. | **Estimate and list monthly overtime pay.** | +$ 0.00 | +$ N/A |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | $ 4,296.92 | $ N/A |

Debtor 1    CARLOS RUBEN RUIZ ORTIZ      Case number (if known) _____

|  |  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
|  | Copy line 4 here | 4. | | $ 4,296.92 | $ N/A |
| 5. | List all payroll deductions: | | | | |
| | 5a. Tax, Medicare, and Social Security deductions | 5a. | | $ 510.12 | $ N/A |
| | 5b. Mandatory contributions for retirement plans | 5b. | | $ 0.00 | $ N/A |
| | 5c. Voluntary contributions for retirement plans | 5c. | | $ 0.00 | $ N/A |
| | 5d. Required repayments of retirement fund loans | 5d. | | $ 0.00 | $ N/A |
| | 5e. Insurance | 5e. | | $ 56.84 | $ N/A |
| | 5f. Domestic support obligations | 5f. | | $ 0.00 | $ N/A |
| | 5g. Union dues | 5g. | | $ 20.00 | $ N/A |
| | 5h. Other deductions. Specify: Ahorros-AEELA | 5h.+ | | $ 127.26 + | $ N/A |
| |     Ases | | | $ 0.00 | $ N/A |
| |     Asoc Fupo | | | $ 0.00 | $ N/A |
| |     Fdo Benef Unido | | | $ 0.00 | $ N/A |
| |     Penali | | | $ 0.00 | $ N/A |
| |     Retiro | | | $ 98.82 | $ N/A |
| |     Prestamo AEELA | | | $ 0.00 | $ N/A |
| |     Prst Culturales | | | $ 0.00 | $ N/A |
| |     Seg Incap Retiro | | | $ 0.00 | $ N/A |
| |     Seg Asoc Empl | | | $ 0.00 | $ N/A |
| |     5 Star Life | | | $ 0.00 | $ N/A |
| 6. | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | | $ 813.04 | $ N/A |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | | $ 3,483.88 | $ N/A |
| 8. | List all other income regularly received: | | | | |
| | 8a. Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | | $ 0.00 | $ N/A |
| | 8b. Interest and dividends | 8b. | | $ 0.00 | $ N/A |
| | 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | | $ 0.00 | $ N/A |
| | 8d. Unemployment compensation | 8d. | | $ 0.00 | $ N/A |
| | 8e. Social Security | 8e. | | $ 0.00 | $ N/A |
| | 8f. Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | | $ 0.00 | $ N/A |
| | 8g. Pension or retirement income | 8g. | | $ 0.00 | $ N/A |
| | 8h. Other monthly income. Specify: _____ | 8h.+ | | $ 0.00 + | $ N/A |
| 9. | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | | $ 0.00 | $ N/A |
| 10. | Calculate monthly income. Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | | $ 3,483.88 + $ N/A = | $ 3,483.88 |
| 11. | State all other regular contributions to the expenses that you list in Schedule J.<br>Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.<br>Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.<br>Specify: _____ | | | 11. +$ | 0.00 |
| 12. | Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies | | | 12. $ | 3,483.88<br>Combined monthly income |

Debtor 1    CARLOS RUBEN RUIZ ORTIZ        Case number (*if known*) _____

13. **Do you expect an increase or decrease within the year after you file this form?**
    ☒ No.
    ☐ Yes. Explain: _____

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | CARLOS RUBEN RUIZ ORTIZ |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (If known) | |

Check if this is:
☒ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**
   ☒ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?
        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ☐ No
   Do not list Debtor 1 and Debtor 2.
   ☒ Yes. Fill out this information for each dependent.......
   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 17 | ☐ No ☒ Yes |
| Spouse | 39 | ☐ No ☒ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ☒ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.    4. $ 889.00

If not included in line 4:

   4a. Real estate taxes    4a. $ 0.00
   4b. Property, homeowner's, or renter's insurance    4b. $ 0.00
   4c. Home maintenance, repair, and upkeep expenses    4c. $ 50.00
   4d. Homeowner's association or condominium dues    4d. $ 0.00
5. Additional mortgage payments for your residence, such as home equity loans    5. $ 0.00

Debtor 1   CARLOS RUBEN RUIZ ORTIZ        Case number (if known)

6. **Utilities:**
   - 6a. Electricity, heat, natural gas — 6a. $ 190.00
   - 6b. Water, sewer, garbage collection — 6b. $ 77.00
   - 6c. Telephone, cell phone, Internet, satellite, and cable services — 6c. $ 340.00
   - 6d. Other. Specify: Gas (stove & dryer) — 6d. $ 66.67
7. **Food and housekeeping supplies** — 7. $ 526.21
8. **Childcare and children's education costs** — 8. $ 215.00
9. **Clothing, laundry, and dry cleaning** — 9. $ 55.00
10. **Personal care products and services** — 10. $ 60.00
11. **Medical and dental expenses** — 11. $ 100.00
12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. — 12. $ 250.00
13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. $ 55.00
14. **Charitable contributions and religious donations** — 14. $ 0.00
15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance — 15a. $ 0.00
    - 15b. Health insurance — 15b. $ 0.00
    - 15c. Vehicle insurance — 15c. $ 0.00
    - 15d. Other insurance. Specify: — 15d. $ 0.00
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: — 16. $ 0.00
17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1 — 17a. $ 0.00
    - 17b. Car payments for Vehicle 2 — 17b. $ 0.00
    - 17c. Other. Specify: Home Water Filter System — 17c. $ 90.00
    - 17d. Other. Specify: — 17d. $ 0.00
18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** — 18. $ 0.00
19. **Other payments you make to support others who do not live with you.** Specify: — 19. $ 0.00
20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**
    - 20a. Mortgages on other property — 20a. $ 0.00
    - 20b. Real estate taxes — 20b. $ 0.00
    - 20c. Property, homeowner's, or renter's insurance — 20c. $ 0.00
    - 20d. Maintenance, repair, and upkeep expenses — 20d. $ 0.00
    - 20e. Homeowner's association or condominium dues — 20e. $ 0.00
21. **Other:** Specify: — 21. +$ 0.00

22. **Calculate your monthly expenses**
    - 22a. Add lines 4 through 21. — $ 2,963.88
    - 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 — $
    - 22c. Add line 22a and 22b. The result is your monthly expenses. — $ 2,963.88

23. **Calculate your monthly net income.**
    - 23a. Copy line 12 (your combined monthly income) from Schedule I. — 23a. $ 3,483.88
    - 23b. Copy your monthly expenses from line 22c above. — 23b. -$ 2,963.88
    - 23c. Subtract your monthly expenses from your monthly income. The result is your monthly net income. — 23c. $ 520.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    - ☒ No.
    - ☐ Yes. Explain here:

Official Form 106J        Schedule J: Your Expenses        page 2

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | CARLOS RUBEN RUIZ ORTIZ |
| | First Name / Middle Name / Last Name |
| Debtor 2 (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (if known) | |

☒ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/Carlos Ruben Ruiz Ortiz      X _____
CARLOS RUBEN RUIZ ORTIZ      Signature of Debtor 2
Signature of Debtor 1

Date November 27, 2023      Date _____

```
Label Matrix for local noticing              (p)ASOCIACION DE EMPLEADOS DEL ELA        FIRSTBANK PR
0104-3                                       ATTN IRITZA ORTIZ ECHEVARRIA             PO BOX 9146
Case 19-04967-EAG13                          PO BOX 364508                            SAN JUAN, PR 00908-0146
District of Puerto Rico                      SAN JUAN PR 00936-4508
Old San Juan
Mon Nov 27 13:40:48 AST 2023

US Bankruptcy Court District of P.R.         COOPERATIVA A/CLAS PIEDRAS               Citi
Jose V Toledo Fed Bldg & US Courthouse       APARTADO 414                             PO Box 6190
300 Recinto Sur Street, Room 109             LAS PIEDRAS PR 00771-0414                Sioux Falls, SD 57117-6190
San Juan, PR 00901-1964


(p)PUERTO RICO TELEPHONE COMPANY DBA CLARO PR    Coop A/C Las Piedras                 DEPARTMENT OF TREASURY
PO BOX 360998                                    Apartado 100                         BANKRUPTCY SECTION 424 B
SAN JUAN PR 00936-0998                           Las Piedras, PR 00771-0100           PO BOX 9024140
                                                                                      SAN JUAN, PR 00902-4140


Departamento de Hacienda                     FIRST BANK                               (p)JEFFERSON CAPITAL SYSTEMS LLC
PO Box 9024140                               CONSUMER SERVICE CENTER                  PO BOX 7999
San Juan, PR 00902-4140                      BANKRUPTCY DIVISION -CODE 248            SAINT CLOUD MN 56302-7999
                                             PO BOX 9146, SAN JUAN PR 00908-0146


PayPal Credit CVSC/SYNCB                     Pentagon Federal Cr Un                   Pentagon Federal Cr Un
PO Box 960080                                1001 N Fairfax St                        PO Box 1432
Orlando, FL 32896-0080                       Alexandria, VA 22314-1797                Alexandria, VA 22313-1432


(p)PORTFOLIO RECOVERY ASSOCIATES LLC         SBA US Small Business Administration     Syncb/netwrk
PO BOX 41067                                 PO Box 3918                              C/o
NORFOLK VA 23541-1067                        Portland, OR 97208-3918                  PO Box 965036
                                                                                      Orlando, FL 32896-5036


Syncb/ppmc                                   Synchrony Bank                           T Mobile/T-Mobile USA Inc
PO Box 965005                                c/o of PRA Receivables Management, LLC   by American InfoSource as agent
Orlando, FL 32896-5005                       PO Box 41021                             PO Box 248848
                                             Norfolk, VA 23541-1021                   Oklahoma City, OK 73124-8848


(p)T MOBILE                                  World Financial Corporation              CARLOS RUBEN RUIZ ORTIZ
C O AMERICAN INFOSOURCE LP                   PO Box 364027                            BRISAS EMAJAGUAS
4515 N SANTA FE AVE                          San Juan, PR 00936-4027                  33 FLAMBOYAN ST
OKLAHOMA CITY OK 73118-7901                                                           MAUNABO, PR 00707-3803


MONSITA LECAROZ ARRIBAS                      OSMARIE NAVARRO MARTINEZ                 ROBERTO FIGUEROA CARRASQUILLO
OFFICE OF THE US TRUSTEE (UST)               CHAPTER 13 TRUSTEE                       PO BOX 186
OCHOA BUILDING                               PO BOX 9024062                           CAGUAS, PR 00726-0186
500 TANCA STREET  SUITE 301                  SAN JUAN, PR 00902-4062
SAN JUAN, PR 00901
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002(g)(4).

| | | |
|---|---|---|
| AEELA<br>PO BOX 364508<br>SAN JUAN, PR 00936-4508 | (d)AEELA<br>PO Box 364508<br>San Juan, PR 00936-4508 | Claro<br>PO Box 360998<br>San Juan, PR 00936-0998 |
| Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | T-Mobile<br>12920 SE 38th St # Stre<br>Bellevue, WA 98006-1350 |

End of Label Matrix
Mailable recipients   26
Bypassed recipients    0
Total                 26