IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br> CARLOS RUBEN RUIZ ORTIZ <br><br> xx-xx-6326 <br><br> Debtor(s) | CASE NO. 19-04967-EAG13 <br> Chapter 13 <br><br><br><br> FILED & ENTERED ON FEB/05/2024 |

ORDER AND NOTICE

A hearing is hereby scheduled for April 25, 2024 at 1:30 PM, via Microsoft Teams Video & Audio Conferencing and/or Telephonic Hearings, to consider the following:

1-Debtor's Motion for Post Confirmation Modification of Chapter 13 Plan dated Jan/23/2024 (Docket #66); and

2-Trustee's Unfavorable Recommendation (Docket #67).

All parties that wish to appear at the Microsoft Teams hearing must familiarize themselves and follow the Procedures for Remote Appearances as per Notice 22-29 In Re: Amended Procedures for Remote Appearances, found on the homepage of our website at prb.uscourts.gov.

The Clerk shall give notice to all parties in interest.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 5 day of February, 2024.

Edward A. Godoy
United States Bankruptcy Judge